# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STATE OF NEBRASKA,<br><br>    Plaintiff,<br><br>vs.<br><br>STABL, INC., LANT, INC., LEON JOHNSON, AND ANN JOHNSON,<br><br>    Defendants. | 8:16CV351<br><br>ORDER |

This matter is before the Court on Plaintiff's Motion to Deny Defendants' Motion to Dismiss, as Moot ("Motion to Deny") (Filing No. 20) and Defendants' Motion to Dismiss (Filing No. 13). Because Plaintiff has amended its Complaint since the filing of the Motion to Dismiss, the Motion to Deny will be granted and the Motion to Dismiss will be denied as moot. Accordingly,

IT IS ORDERED:

1. Plaintiff's Motion to Deny Defendants' Motion to Dismiss as Moot (Filing No. 20) is granted; and

2. Defendants' Motion to Dismiss (Filing No. 13) is denied as moot.

Dated this 26th day of September, 2016

              BY THE COURT:

              s/Laurie Smith Camp
              Chief United States District Judge