# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STATE OF NEBRASKA,<br><br>               Plaintiff,<br><br>vs.<br><br>STABL, INC., LANT, INC., LEON JOHNSON, AND ANN JOHNSON,<br><br>               Defendants. | 8:16CV351<br><br>ORDER |

In accordance with the Court's Memorandum and Order, ECF No. 35, entered on November 29, 2016, denying the Defendants' Motion to Dismiss, the Court will grant Defendants until December 12, 2016, to respond to the Amended Complaint, ECF No. 15. Accordingly,

IT IS ORDERED: Defendants will respond to the Amended Complaint, ECF No. 15, on or before December 12, 2016.

Dated this 30th day of November, 2016

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge